JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-267RSM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION TO EXTEND TIME TO FILE |
| vs. | ) | INDICTMENT |
| | ) | |
| JOSE GERARDO TORRES-AGUIRRE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court, having reviewed the stipulation by the parties, hereby finds that the reasons set forth therein for the requested 30 day extension to file an indictment against the defendant establish that the ends of justice served by granting the extension outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly,

IT IS HEREBY ORDERED that the date on or before which an indictment in this case must be filed against the defendant shall be extended from September 2, 2006 to October 2, 2006.

IT IS FURTHER ORDERED that the period of delay from September 2, 2006 to October 2, 2006  is excludable time pursuant to Title 18, United States Code, §§ 3161 through 3164.

DONE this 6 day of September, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED
MOTION TO EXTEND TIME TO
FILE INDICTMENT
(Jose Gerardo Torres-Aguirre; CR06-267RSM)-1-

1

Presented by:

2

s/ Paula Semmes Deutsch.

3  WSBA# 23940
Attorney for Jose Gerardo Torres-Aguirre

4  Federal Public Defender
1601 Fifth Avenue, Suite 700

5  Seattle, WA    98101
206/553-1100 voice

6  206/553-0120 facsimile
Paula_Deutsch@fd.org

7

8  s/ Donald Reno
Assistant United States Attorney

9  *per telephonic authorization*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED
MOTION TO EXTEND TIME TO
FILE INDICTMENT
(Jose Gerardo Torres-Aguirre; CR06-267RSM)-2-

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington  98101
(206) 553-1100